UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Aaron Greenspan**, <br>    956 Carolina Street <br>    San Francisco, CA 94107 <br>       *Plaintiff*, <br>   v. <br><br> **Board of Governors of the Federal Reserve System**, <br>    20th Street and Constitution Ave., NW <br>    Washington, DC 20551, <br>       *Defendant*. | Civil Action No. |

## COMPLAINT

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, et seq., seeking production of records responsive to two separate requests submitted to the Board of Governors of the Federal Reserve System.

### Jurisdiction and Venue

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendants under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201(a), and 2202.

1

3. Venue is appropriate in this Court under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## Parties

4. Plaintiff Aaron Greenspan is a data journalist who runs the website PlainSite, www.plainsite.org.

5. Mr. Greenspan uses FOIA and other means to gather information on how the government works and disseminates the information through the PlainSite website.

6. The PlainSite website receives roughly 3,200 visits per day.

7. PlainSite also publicizes its work through its Twitter account, @PlainSite, which has around 15,000 followers.

8. Defendant Board of Governors of the Federal Reserve System is an agency of the United States and an agency under 5 U.S.C. § 552(f)(1) and 5 U.S.C. § 701. It has possession, custody, and control of records sought by Mr. Greenspan.

## Facts

**A. Background**

9. The Federal Reserve System is the central bank of the United States.

10. Jerome H. Powell has been the Chair of the Board of Governors of the Federal Reserve System since February 5, 2019.

11. Chair Powell's words have the power to move markets and alter the world economy.

### B. First Request

12. Mr. Greenspan's first FOIA request, submitted on February 1, 2021, sought all emails and texts to or from Chair Powell that mentioned the word "bubble" from 2018 to the present.

13. As a member of the media, he requested a fee waiver.

14. This request was assigned request tracking number F-2021-00128.

15. Through an iterative cooperative process, Mr. Greenspan clarified that he limited his FOIA requests to internal or external emails mentioning housing markets, stock markets, debts, dot-com bubbles, assets, and credit bubbles. He also clarified that his request did not include news articles, newsletters, research reports external to the Federal Reserve, or references to comment bubbles in documents being edited unless the documents themselves were about the topics mentioned.

16. The Board has yet to provide a substantive response to Mr. Greenspan. Its last communication promised an update no later than July 16, 2021.

17. The Board's FOIA tracking website, foia.federalreserve.gov describes the request as closed.

### C. Second Request

18. Mr. Greenspan's second FOIA request, submitted on February 3, 2021, sought all emails and texts to or from Chair Powell that contained the word "tantrum" from 2018 to the present.

19. Again, as a member of the media, he requested a fee waiver.

20. This second request was assigned request tracking number F-2021-00132.

21. The Board has yet to provide a substantive response to Mr. Greenspan. Its most recent communication promised an update no later than May 11, 2021.

22. The Board's FOIA tracking website also describes this request as also closed.

## Claims

23. The Board of Governors of the Federal Reserve System wrongly withheld documents responsive to Mr. Greenspan's FOIA requests.

24. Mr. Greenspan has a statutory right to the records he seeks, and there is no basis for the Board to withhold them.

25. As a result, by failing to release the records specifically requested by Mr. Greenspan, the Board has violated FOIA.

## Requested Relief

Mr. Greenspan therefore respectfully requests that this Court:

1. Declare that the records sought by Mr. Greenspan are subject to FOIA,
2. Declare that Mr. Greenspan is entitled to a fee waiver,
3. Order the Board of Governors of the Federal Reserve System to disclose the requested records,
4. Award costs and attorneys' fees under 5 U.S.C. § 552 (a)(4)(E), and

5. Grant any other relief that the Court considers just and proper.


Respectfully submitted,                               */s/ Deborah M. Golden*
                                                      Deborah M. Golden, D.C. Bar #470578
                                                      The Law Office of Deborah M. Golden
                                                      700 Pennsylvania Ave. SE, 2nd Floor
                                                      Washington, D.C.  20003
                                                      Telephone: (202) 630-0332
                                                      dgolden@debgoldenlaw.com

                                                      *Counsel for Plaintiff*


Dated: July 20, 2021